HOWARD FRANCO, JR., SBN 115625
ASHLEY M. BETTENCOURT, SBN 246923
COLLINS, COLLINS, MUIR & STEWART, LLP
620 Newport Center Drive, Suite 200
Newport Beach, CA 92660-8002
(949) 718-4800 -- FAX (949) 718-4801

Attorneys for Defendant, LOUISVILLE LADDER, INC.

FILED
CLERK, U.S. DISTRICT COURT
FEB 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN REGINATO,<br><br>            Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC., and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO. CV07-07223ODW (SSX)<br>[Referred to Magistrate Judge Suzanne H. Segal]<br><br>[~~PROPOSED~~] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON<br><br>Complaint Filed: 09/06/07<br><br>Trial Date:         09/02/08 |

COME NOW the parties, Plaintiff Juan Reginato, by and through his counsel of record, Timothy J. Ryan, Esq. and the Law Offices of Timothy J. Ryan and Defendant Louisville Ladder, Inc., by and through its counsel of record, Howard Franco, Jr., Esq. and Collins, Collins, Muir & Stewart, LLP to hereby stipulate as follows:

1.     The purpose of this Stipulation is to ensure that discovery exchanged and documents produced in this litigation which have a proprietary interest are protected as confidential and be used in the context of this litigation only. All confidential information shall be marked confidential by the party producing same. This confidential information can be used in the course of this litigation only and is provided under protective order of the Court.  Any subsequent proceedings, such as depositions, which refer to confidential

Collins, Collins,
Muir & Stewart, LLP
620 Newport Center Drive
Suite 200
Newport Beach, CA 92660
Phone (949) 718-4800

L:\166\98\PROP STIP AND PROT ORDER (2).doc

1

[~~PROPOSED~~] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

information, will likewise be subject to this protective order.

## GOOD CAUSE STATEMENT

2. Good cause exists for entry of a protective order pertaining to the documents and/or written information described in this Stipulation. The documents and/or written information to be protected are as follows:

    A. Louisville Ladder, Inc.'s proprietary design and manufacturing documents, plans, studies, renderings and related written information regarding the Louisville Ladder Model No. L-2112-04, as manufactured in July 2004. These documents may be produced subject to protective order as LLI 0001 to LLI 0039.

    B. Louisville Ladder, Inc.'s proprietary labeling documents, plans, studies, renderings and related written information regarding the Louisville Ladder Model No. L-2112-04, as manufactured in July 2004. These documents may be produced subject to protective order as LLI 0040 to LLI 0047.

    C. Louisville Ladder, Inc.'s proprietary testing documents, plans, studies, renderings and related written information regarding the Louisville Ladder Model No. L-2112-04, as manufactured in July 2004. These documents may be produced subject to protective order as LLI 0048 to LLI 0051.

There are several manufacturers of ladders who distribute similar products in the United States. As a result, public dissemination of design, manufacturing, labeling and testing materials would jeopardize the research, development and proprietary interest of Louisville Ladder, Inc. If a protective order is not entered, trade secrets and other confidential research, development, and/or commercial information prepared and relied upon by Louisville Ladder, Inc. will be revealed causing irreparable competitive injury compromising its trade position in relation to other ladder manufacturers.

The purpose of evaluation of these documents is for the purpose of this lawsuit only.

Collins, Collins, Muir & Stewart, LLP
620 Newport Center Drive
Suite 200
Newport Beach, CA 92660
Phone (949) 718-4800

L:\16698\PROP STIP AND PROT ORDER (2).doc

2

[PROPOSED] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

It would encourage needless and unmeritorious litigation if public disclosure were permitted given the propensity for the distribution of such information by multiple means without reasoned control. In balancing the interests, and in view of plaintiff's continuing agreement, protection of these documents from such disclosure far outweighs any concern regarding the public's access to information.

3. Confidential information will take the form of documents identified by Bates Labels as proprietary design and testing documents, plans, renderings and other written information to Louisville Ladder, Inc. The content and presentation of such information, if divulged, would compromise Louisville Ladder, Inc.'s trade position in relationship to other manufacturers. Any such confidential information will be limited to specific documents which counsel agree are proprietarily privileged. Access to confidential information designated as such shall be restricted solely to the following persons:

    **A.**   **Attorneys for each of the parties as follows:**

| | |
|---|---|
| Timothy J. Ryan, Esq.<br>TIMOTHY J. RYAN & ASSOCIATES<br>8072 Warner Avenue<br>Huntington Beach, CA 92647 | Attorneys for Plaintiff,<br>Juan A. Reginato |
| Howard Franco, Jr., Esq.<br>Ashley M. Bettencourt, Esq.<br>Collins, Collins, Muir & Stewart, LLP<br>620 Newport Center Drive, Suite 200<br>Newport Beach, CA 92660 | Attorneys for Defendant,<br>Louisville Ladder, Inc. |

1) Attorneys, clerical personnel and paralegals employed by said attorneys and parties in the course of assisting named counsel on this case;

2) A party and employees of one or more of the parties or the parties themselves provided that they have been advised of the terms of this Stipulation for and Protective Order and executed Exhibit "A".

3) Any independent accountants, statisticians, jury experts, economists or other experts who 1) have been retained by a party or its attorneys as an

Collins, Collins,
Muir & Stewart, LLP
620 Newport Center Drive
Suite 200
Newport Beach, CA 92660
Phone (949) 719-4800

L:\16698\PROP STIP AND PROT ORDER (2).doc

3

[~~PROPOSED~~] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

expert or consultant in connection with this litigation; and 2) have reviewed and signed the document attached as Exhibit "A" hereto.

B. **Any person who is designated to receive confidential information by:**

1) Stipulation of the parties, or

2) Order of the Court, upon showing of good cause why such person shall be so designated and each party has had an opportunity to be heard in opposition thereto, shall, prior to the receipt of any confidential information, sign the agreement attached hereto as Exhibit "A".

4. For the purpose of this action, confidential information received by one party may be disclosed without the prior written consent of the other party who designated the information as confidential information to: 1) Officers of the party which designated the information as confidential information; and 2) to the author, addressee or person who, as a matter of record, actually received the document designated as confidential other than in connection with this litigation.

5. Confidential information received by a party shall be maintained by its counsel, either in regular business offices or in storage facilities marked as follows:

> "Confidential and Proprietary Documents exchanged pursuant to stipulation of counsel for use in <u>Juan Reginato v. Louisville Ladder, Inc.</u>, U.S. District Court, Central District of California, Case No. CV07-07223 ODW (SSx), only and not to be disseminated to any other party, individual or entity."

Individuals who work at such offices or facilities and having access to confidential information under this protective order, may temporarily possess confidential information while at such facilities. Thereafter, and at the conclusion of the litigation whether by final judgment or settlement, such confidential information shall be returned to the party who originally produced same through their counsel of record.

6. As to all information provided during discovery, including documents, but not limited to, written responses to request to produce documents interrogatory answers and

Collins, Collins, Muir & Stewart, LLP
620 Newport Center Drive
Suite 200
Newport Beach, CA 92660
Phone (949) 719-4800

L:\1669\8\PROP STIP AND PROT ORDER (2).doc

4

[~~PROPOSED~~] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

responses to requests for admission, it shall be the duty of the party claiming confidentiality to such information to designate it in writing or on stenographic record to the other parties of such materials that are considered to be confidential and covered by this Stipulation and Protective Order.

7. All documents, testimony involving said documents, in whole or in part, or other materials designated as confidential information by any party hereto shall be maintained in the strictest confidence by the parties and their counsel.

8. Inadvertent or unintentional disclosure to another party by supplying a party with confidential information, regardless of whether the information was designated as confidential information at the time of the disclosure, shall not be deemed a waiver, in whole or in part, of the party's claim of confidentiality, either to the specific information disclosed or as to any other information relating thereto or on the same or related subject matter.

9. Nothing in this Stipulation and Protective Order shall bar any party or otherwise restrict any attorney herein from using any such confidential documents at Trial, subject to Protective Order, or from rendering advice to his or her client with respect to this litigation and, in the course thereof, referring to or relying upon his examination of confidential information; provided, however, that in rendering such advice and communicating with his/her client, the attorney shall not disclose the content of any confidential information to anyone not appropriately specified as a recipient herein.

10. On termination of this action, whether by settlement, judgment or dismissal, each party and each other persons subject to the terms hereof shall assemble and return to the originating party all confidential information obtained together with any and all copies, summaries and abstracts thereof.

/ / /

/ / /

/ / /

/ / /

Collins, Collins, Muir & Stewart, LLP
820 Newport Center Drive
Suite 200
Newport Beach, CA 92660
Phone (949) 718-4800

L:\16698\PROP STIP AND PROT ORDER (2).doc

5

[~~PROPOSED~~] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

11. All objections as to the admissibility of confidential information are reserved for ruling by the Court at pre-trial hearings or at Trial.

12. This Stipulation for Protective Order may be executed in counterpart.

DATED: February 19, 2008

LAW OFFICES OF TIMOTHY J. RYAN

By: _____
TIMOTHY J. RYAN
Attorneys for Plaintiff,
JUAN REGINATO

DATED: February 20th, 2008

COLLINS, COLLINS, MUIR & STEWART, LLP

By: _____
HOWARD FRANCO, JR.
Attorneys for Defendant
LOUISVILLE LADDER, INC.

## ORDER

WITH GOOD CAUSE, IT IS SO ORDERED.

Dated: 2/27/08

_____
MAGISTRATE JUDGE SUZANNE SEGAL

[PROPOSED] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

# EXHIBIT "A"

## AGREEMENT TO BE BOUND BY A PROTECTIVE ORDER

This is to certify that the undersigned has read and is fully familiar with the provisions of the protective order approved by the Superior Court in the matters entitled <u>Juan Reginato v. Louisville Ladder, Inc.</u>, U.S. District Court, Central District of California, case number CV07-07223ODW (SSx). As a condition precedent to my review or examination of any documents or other materials produced pursuant to the protective order or by obtaining any information contained in said documents or materials, I hereby agree that the protective order shall be deemed to be directed to and shall include me, that I shall observe and comply with the provisions of the protective order and that I shall use the material marked confidential only the purposes of this lawsuit and shall not disclose or discuss the contents of any document marked confidential or reveal any information to anyone who is not bound by the protective order or to anyone in contravention of the terms of the protective order. I also agree to submit myself to the jurisdiction of the Court for the purpose of enforcing this agreement.

Name _____

Address _____

_____

Telephone _____

_____   _____
Date                      Signature

L:\166\98\PROP STIP AND PROT ORDER (2).doc

[PROPOSED] STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON